COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 November 25, 2015
 No. 10-15-00382-CV
 MICHAEL MALLETT
 v.
 CITY OF BRYAN, TEXAS
 
 
 
--------------------------------------------------------------------------------
JUDGMENT

 Michael Mallett's motion to dismiss his appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that costs of this appeal are taxed against Michael Mallett.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk